PRISONER CASE
R



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC FILED
DEC 2 6 2007
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** RONALD ANTHONY LEVI

**Defendant(s):** LISA MADIGAN, et al.

**County of Residence:** SCHUYLER

**County of Residence:**

**Plaintiff's Address:**
Ronald Anthony Levi
#871231
Rushville - DHS
R.R. #1, Box 6A
Rushville, IL 62681

**Defendant's Attorney:**
Illinois Department of Human Services
100 West Randolph, 6th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV7222
JUDGE ASPEN
MAGISTRATE JUDGE NOLAN

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham **Date:** 12/26/2007

aspen  06 C 678
Nolan