07cv7222    MHN

To Clerk

CASE NO. 07C7222 title Ronald Roi v State of Illinois I was given 30 day to file A in forma Pauperis form this order was issue Jan 30, 2008 I have ask to have one send to me yet I have not receives it. please send me one so I may file A in forma pauperis form

please extend the time for me.

thank you
Ronald Roi

FILED
MAR 03 2008
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT