# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7222 | **DATE** | March 11, 2008 |
| **CASE TITLE** | Ronald Anthony Levi (B-58287) v. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

The Court construes Plaintiff's letter, received 3/3/08 [7], as a motion for extension of time to file his motion for leave to file *in forma pauperis*. The Court grants the motion and gives Plaintiff until 4/9/08 to file his *in forma pauperis* application. The Clerk is directed to send Plaintiff an *in forma pauperis* application. Failure to comply with this order by 4/9/08 will result in summary dismissal of this case

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|