**FILED**

MAR - 7 2008 *aew*

*MAR 7 2008*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

Plaintiff(s) **RONALD A. LEVI**                    )
                                                   )     Case Number: **07 C 7222**
                                                   )
                    v.                             )
Defendant(s) **State of Illinios, Et al**          )     Judge: **MARVIN E. ASPEN**
                                                   )

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, **RONALD LEVI** _____ ,declare that I am the (check appropriate box)

    [✔] plaintiff    [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3.  In further support of my motion, I declare that (check appropriate box):

    [✔] I am not currently, nor previously have been, represented by an attorney appointed by the Court
    in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
    in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [✔] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
    detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
    it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
    However, my financial status has changed and I have attached an Amended Application to Proceed *In
    Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

**Ronald Levi** _____          **RRI Box 6A** _____
Movant's Signature                       Street Address

**2-29-08** _____                **Rushville, IL 62681** _____
Date                                      City, State, ZIP

To Clerk

I have Try to Contact Several Attorney in chigo to see if they would take the case, But I got No response

Chicago Lawyer Committe for civil Right
100 N. LaSalle    312-630-9744

Chicago Legal Clinic Pro Bono
2938 E. 91st                    773-731-1762

civil Court Clinic for order of protection
28 N Clark                    312-827-2426

Legal Assistance foundation
111 W Jackson              312-341-1070

I don't Know what to do Next

Ronald Levi