# United States District Court

## Northern District of Illinois

### Eastern Division

Ronald Anthony Levi　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　v.　　　　　　　　　　　　　　Case Number: 07 C 7222

State of Illinois, et al

☐　　Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐　　Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for leave to proceed *in forma pauperis* [11] is denied.  On 3/11/08, the Court ordered Plaintiff to submit a fully-completed *in forma pauperis* application.  Plaintiff has failed to comply with this order.  Accordingly, this action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(b).

　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 4/7/2008　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　/s/ Gladys Lugo, Deputy Clerk