FILED
APR 15 2008
April 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Clerk of U.S. District Court
I had a case Ronald Lew v. State of Ill appeals
Case No 07 C 7222.

I recieve a letter from this court telling me my case was dismiss for failure to send in certificate of trust fund.

In Jan 14-08 I ask my primary miss Heath for a copy of my trust fund she when to the trust fund office and they told her they would send me one; which they have not done and refuse to do. This D.H.S facility has hinder me in every step of the way; by their failure to submitted to me a balance of my trust fund. In my complain to this court I send Grievance showing that it take month's to get anything from the trust fund office.

It is unfair to me to be penalize for the trust fund failure to surrender to me my balance, and I can not force them to do so; but this court can order it. I pray that you do.

Miss Heath my counser can verifiy I ask for a trust fund balance and I show her the paper you send me; Please check with her; this is not my faulty for their refusal to give me one

I pray this court check with what I have said I swear under penalty of perjury that all thing I just said are true: Please check

Ronald Lew