APR 17 2008

FILED

APR 17 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Clerk of U.S. District Court

I am writing in regard to my case being dismiss in front of Marvin E. Aspen Date 4-7-08 case no 07C7222 Ronald A. Levi v State of Illinois for failure to submitt a fully-completed in forma pauperis application. Enclosed is a copy of that letter send to me from the clerk on March 11, 2008. I comply with this order before the date of 4/9/08.

The last page clearly state: Notice to Prisoner. A prisoner must also attach a statement certified by appropriate institutional officer

How could I believe this related to me when it clearly state: Notice to prisoner.

I am not a prisoner; but I am detainee in a treatment center there for I am not "incarcerated"

I wish within the letter should had mention to me to get a ledger from Trust Fund on the second letter; but it did not mention it.

Also when I first file my complaint I ask for a trust fund ledger; here is a copy of my request that was ignor by D.H.S. trust fund office and my primary counsler can verifiy this her name miss Heath.

So I would like to appeal this matter please

Ronald Levi

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7222 | **DATE** | March 11, 2008 |
| **CASE TITLE** | Ronald Anthony Levi (B-58287) v. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

The Court construes Plaintiff's letter, received 3/3/08 [7], as a motion for extension of time to file his motion for leave to file *in forma pauperis*. The Court grants the motion and gives Plaintiff until 4/9/08 to file his *in forma pauperis* application. The Clerk is directed to send Plaintiff an *in forma pauperis* application. Failure to comply with this order by 4/9/08 will result in summary dismissal of this case

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|



State of Illinois
Department of Human Services
TREATMENT AND DETENTION FACILITY
RESIDENT REQUEST FORM

Resident Name: **Ronald Levi**   DHS # **87(23(**   Date: **1-11-08**
Unit: **D-3**   Room # **11**

ADDRESS ALL REQUESTS TO PROPER DHS STAFF PERSONNEL

Attention: **Trust fund**

A. I wish to be interviewed regarding: **I Need A Trust fund ledger for the period Oct 1, 2007 Jan 7, 2008 for federal Court to show how much money on my trust fund.**

(OR)

B. An interview is not necessary but I would like:

Resident Signature: **Ronald Levi**

### STAFF RESPONSE

Date Request Received: _____

Action Taken/Staff Response:

Staff Signature: _____   Date: _____

IL-462-5014 (N-02-05) E

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_____
Signature of Applicant

_____
(Print Name)

➔ **NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

_____              _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

                                  _____
                                  (Print name)

rev. 10/10/2007

-3-