

FILED

MAY 21 2008

MAY 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
RONALD A. LEVI

07C 7222

Case No. 07C7222

V.
State of ILLINOIS, Et al

Judge ASPEN

Defendant(s)

## Appeal of Judgement
: Statement:

Plaintiff Ronald a. Levi, currently a resident at the
Department of Human Services in Rushville, Plaintiff
Seeks to have Judgement enter on April 7, 2008 overturn.
Plaintiff submitted a copy of letter that he requested
A ledger of trust fund from trust fund office. Hinary
DR. Heath was the one I ask to get me a copy of
ledger. She can vertify I put in this request for Trust
Funder ledger on 1-14-08. I just got a trust fund ledger
may 1, 2008. Trust fund office has denied me this ledger
in a timely fashion. No matter what you Ask them to do
take month's to get done. Exhibited(1) It is why I Sub-
mitted telling the Court I would submitted as Soon as I
got it. I Also submitted Affidavit from DR. heath, also
from resident who have gone thru the Same thing.
   That these action are the policy and practice of D.H.S
in depriving the Right, and to further restriction on every
Individual here: which I state in my Lawsuit
— when I receive the last letter from the Court I did As
instructed: Believing at that time the last Page was for
(Incarcerated Applicant only)

I may complain of the trust funder failure to give me A
Trust fund ledger At pod meeting with All the Counsler.
DR. Roth came to me And Said she would make sure I would
get it she is the only one here with honor.
2. From DR. Roth. state the fact. Phone (217) 322-3204 But you
when they know it for A lawsuit But they told her not too. can call
to interfere with it. they do everything they can
I asking this honorable court not to penalize me for this
Action. For the failure of the trust fund to Submittal to me
A trustfund ledger in A timely fashion.
I requested it in Feb. 2008 And Jan. 2008 And I Just got it May 2.
2008. This facility retaletion to those who filed lawsuit
is well know. It is why they take So much time to do
Anthing.

under penalty of
PeAJury in Accordance
with the 28 U.S.C.
1746, 1621 Ronald
Levi



State of Illinois
Department of Human Services
TREATMENT AND DETENTION FACILITY
RESIDENT REQUEST FORM

Resident Name: __Roonald Levi__    DHS # __87123I__    Date: __1-19-08__

Unit: __D-3__    Room # __11__

ADDRESS ALL REQUESTS TO PROPER DHS STAFF PERSONNEL

Attention: __Trust fund__

A. I wish to be interviewed regarding: __I Need A Trust fund ledger for the period Oct 1, 2007 Jan 7, 2008 for federal Court to show how much money on my trust fund.__

(OR)

B. An interview is not necessary but I would like:

Resident Signature: __Ronald Levi__

| STAFF RESPONSE |
| --- |

Date Request Received: _____

Action Taken/Staff Response:

Staff Signature: _____    Date: _____

IL-462-5014 (N-02-05)  E

# Sworn Affidavit

DHS-TDF Trust Fund office, when Resident put in request for Item Such As: Trust Fund Ledger order Send out or other document, Trust fund office take from 4wk to 3 month to fill request.

Witness to this problem Here

1.) *[signature]*
2.) *[signature]*
3.) *[signature]*
4.) Edmund *[signature]*
5.) *[signature]*
6.) *[signature]*
7.) *[signature]*
8.) ARTHUR SMITH
9.) Ralph Bunch
10.) ALEX Robinson
11.)
12.)
13.)
14.)

under penalty of Perjury in Accordance with Title 28 U.S.C. 1746, 1621. Ronald *[signature]*

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7222 | **DATE** | March 11, 2008 |
| **CASE TITLE** | Ronald Anthony Levi (B-58287) v. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

The Court construes Plaintiff's letter, received 3/3/08 [7], as a motion for extension of time to file his motion for leave to file *in forma pauperis*. The Court grants the motion and gives Plaintiff until 4/9/08 to file his *in forma pauperis* application. The Clerk is directed to send Plaintiff an *in forma pauperis* application. Failure to comply with this order by 4/9/08 will result in summary dismissal of this case

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

REPORT ID: DATE421A
DATE PRODUCED: 04/02/2008

DEPT. 462 FAC. 41 TREATMENT & DETENTION FA.

TRUST FUNDS QUARTERLY ACTIVITY STATEMENT
AS OF 03/31/2008

FUND: 1143

PAGE: 1211

* INDICATES MONEY ON HOLD
DOCUMENTS LISTED IN ORDER OF ENTRY

| ACCT. NO./CHECK | DOC. DATE | TRAN. CODE | DOC. NUMBER | DR. AMOUNT | CR. AMOUNT | DR. BALANCE | CR. BALANCE | DESCRIPTION | SOURCE/PURPOSE |
|---|---|---|---|---|---|---|---|---|---|
| LEVI | | | | | | | | RONALD | 871231 |
| 200 001 | 12/31/2007 | BEGIN QTLY BAL | | | | | 52.82 | BEGINNING BALANCE | MI |
| 022002 | 01/04/2008 | DB | 022002 | 9.86 | | | | SWANSONS | MI |
| 022009 | 01/17/2008 | DB | 022009 | 11.91 | | | | SWANSONS | MI |
| 002080 | 01/28/2008 | DB | 002080 | 18.89 | | | | HSN LP | MI |
| 002080 | 02/01/2008 | RE | 046767 | | 52.82 | | | CLERK OF COURT | MI |
| 002082 | 02/07/2008 | DB | 002082 | 5.50 | | | | SWANSONS | MI |
| 002125 | 02/20/2008 | DB | 002125 | 19.84 | | | | SWANSONS | MI |
| 002126 | 02/21/2008 | DB | 002126 | 10.01 | | | | SWANSONS | MI |
| 002141 | 03/05/2008 | DB | 002141 | 5.92 | | | | SWANSONS | MI |
| 002144 | 03/11/2008 | DB | 002144 | 7.14 | | | | HSN | MI |
| 002174 | 03/20/2008 | DB | 002174 | 48.47 | | | | SWANSONS | MI |
| 002504 | 03/28/2008 | DB | 002504 | 5.00 | | | | SWANSONS | MI. |
| 002504 | 03/31/2008 | END QTLY BAL | | | | | 12.27 | ENDING BALANCE | |
| LEVI | | | | | | | | RONALD | 871231 |
| 200 005 | 12/31/2007 | BEGIN QTLY BAL | | | | | 6.54 | BEGINNING BALANCE | |
| 200 005 | 01/05/2008 | TF CR | 110703 | | .02 | | | INTEREST DISTRIBUTIO | IT |
| | 03/05/2008 | TF CR | 130504 | | .05 | | | INTEREST DISTRIBUTIO | IT |
| | 03/26/2008 | TF CR | 132604 | | 6.66 | | | INTEREST DISTRIBUTIO | IT |
| 200 005 | 03/31/2008 | END QTLY BAL | | | | | 6.66 | ENDING BALANCE | |
| LEVI | | | | | | | | RONALD | 871231 |
| 200 006 | 12/31/2007 | BEGIN QTLY BAL | | | | | .00 | BEGINNING BALANCE | |
| 200 006 | 03/31/2008 | END QTLY BAL | | | | | .00 | ENDING BALANCE | |
| LEVI | | | | | | | 18.93 | RONALD | 871231 RECIPIENTS TOTAL END BAL |

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT