



FILED
MAY 21 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
RONALD A. LEVI

Case No. 07C 7222

Judge Aspen

V.
State of Illinois, et al

Defendant(s)

Appeal of Judgement
: Statement :

Plaintiff Ronald A. Levi, currently a resident at the Department of Human Services in Rushville, Plaintiff seeks to have Judgement enter on April 7, 2008 overturn. Plaintiff submitted a copy of letter that he requested a ledger of trust fund from trust fund office. Primary DR. Heath was the one I ask to get me a copy of ledger. She can vertify I put in this request for Trust Funder ledger on 1-14-08. I just got a trust fund ledger may 1, 2008. Trust fund office has denied me this ledger in a timely fashion. No matter what you ask them to do take month's to get done. Exhibited (1) It is why I submitted telling the Court I would submitted as soon as I got it. I Also submitted Affidavit from DR. heath, Also from resident who have gone thru the same thing.
That these action are the policy and practice of D.H.S in depriving the right, and to further restriction on every Individual here: which I state in my lawsuit
~~when I receive the last letter from the court I did as instructed:~~ Believing at that time the last page was for
(Incarcerated Applicant only)

I may complain of the trust fund er failure to give me a Trust fund ledger at pod meeting with all the counselor. DR. Roth came to me and said she would make sure I would get it. she is the only one here with honor. Here

2. From DR. Roth. state the fact. Phone (217) 322-3204 But you can call but they told her not too.

when they know it for a lawsuit they do everything they can to interfere with it.

I asking this honorable court not to penalize me for this Action. For the failure of the trust fund to submittal to me a trustfund ledger in a timely fashion.

I requested it in Feb 2008 And Jan. 2008 And I just got it May a. 2008. This facility retaliation to those who filed lawsuit is well know. It is why they take so much time to do anything.

under penalty of Perjury in Accordance with title 28 U.S.C. 1746, 1621 Ronald Rux



State of Illinois
Department of Human Services
TREATMENT AND DETENTION FACILITY
RESIDENT REQUEST FORM

Resident Name: RONALD LEVI　　DHS # 97/231　　Date: 1-19-08
Unit: D-3　　Room # 11

ADDRESS ALL REQUESTS TO PROPER DHS STAFF PERSONNEL

Attention: Trust fund

A. I wish to be interviewed regarding: I Need A Trust fund ledger for the period Oct 1, 2007 Jan 7, 2008 for federal Court to show how much money on my trust fund.

(OR)

B. An interview is not necessary but I would like:

Resident Signature: Ronald Levi

**STAFF RESPONSE**

Date Request Received: _____

Action Taken/Staff Response:

Staff Signature: _____　　Date: _____

IL-462-5014 (N-02-05)　E

## Sworn Affidavit

DHS-TDF Trust Fund office, when Resident put in request for Item Such As: Trust Fund Ledger order Send out or other document, Trust Fund office take from 4wk to 3 month to fill request.

Witness to this problem Here

1.) [signature]
2.) [signature]
3.) [signature]
4.) [signature]
5.) [signature]
6.) [signature]
7.) [signature]
8.) ARTHUR SMITH
9.) Ralph Bunch
10.) ALEX Robinson
11.)
12.)
13.)
14.)

under penalty of Perjury in accordance with Title 28 U.S.C. 1746, 1621. Ronald Rwl

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7222 | DATE | March 11, 2008 |
| CASE TITLE | Ronald Anthony Levi (B-58287) v. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

The Court construes Plaintiff's letter, received 3/3/08 [7], as a motion for extension of time to file his motion for leave to file *in forma pauperis*. The Court grants the motion and gives Plaintiff until 4/9/08 to file his *in forma pauperis* application. The Clerk is directed to send Plaintiff an *in forma pauperis* application. Failure to comply with this order by 4/9/08 will result in summary dismissal of this case

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1

REPORT ID: QATF421A
DATE PRODUCED: 04/02/2008

TRUST FUNDS QUARTERLY ACTIVITY STATEMENT
AS OF 03/31/2008

PAGE: 1211

* INDICATES MONEY ON HOLD
DOCUMENTS LISTED IN ORDER OF ENTRY

DEPT: 462 FAC: 41 TREATMENT & DETENTION FA. FUND: 1143

| ACCT.NO./ CHECK | DOC. DATE | TRAN CODE | DOC. NUMBER | DR. AMOUNT | CR. AMOUNT | DR. BALANCE | CR. BALANCE | DESCRIPTION | SOURCE/ PURPOSE |
|---|---|---|---|---|---|---|---|---|---|
| LEVI | | | RONALD | | | | | | |
| 200 001 | 12/31/2007 | BEGIN QTLY BAL | 871231 | | | | 52.82 | BEGINNING BALANCE | |
| 002002 | 01/04/2008 | DB | 002002 | 9.86 | | | | SWANSONS | MI |
| 002009 | 01/17/2008 | DB | 002009 | 11.91 | | | | SWANSONS | MI |
| 002080 | 01/28/2008 | DB | 002080 | 18.89 | | | | HSN LP | MI |
| 002080 | 02/01/2008 | RE | 046767 | | .50 | | | CLERK OF COURT | MI |
| 002082 | 02/07/2008 | DB | 002082 | 19.84 | | | | SWANSONS | MI |
| 002125 | 02/20/2008 | DB | 002125 | 10.01 | | | | SWANSONS | MI |
| 002126 | 02/21/2008 | DB | 002126 | 5.92 | | | | SWANSONS | MI |
| 002141 | 03/05/2008 | DB | 002141 | 7.14 | | | | HSN | MI |
| 002144 | 03/11/2008 | DB | 002144 | 48.47 | | | | SWANSONS | MI |
| 002174 | 03/20/2008 | DB | 002174 | | | | | SWANSONS | MI |
| 002504 | 03/28/2008 | DB | 002504 | 5.00 | | | | HSN | MI |
| 200 001 | 03/31/2008 | END QTLY BAL | | | | | 12.27 | ENDING BALANCE | |
| LEVI | | | RONALD | | | | | | |
| 200 005 | 12/31/2007 | BEGIN QTLY BAL | 871231 | | | | 6.54 | BEGINNING BALANCE | |
| | 01/07/2008 | TF | CR I10703 | | .02 | | | INTEREST DISTRIBUTIO | IT |
| | 03/05/2008 | TF | CR I30504 | | .05 | | | INTEREST DISTRIBUTIO | IT |
| | 03/26/2008 | TF | CR I32604 | | .05 | | | INTEREST DISTRIBUTIO | IT |
| 200 005 | 03/31/2008 | END QTLY BAL | | | | | 6.66 | ENDING BALANCE | |
| LEVI | | | RONALD | | | | | | |
| 200 006 | 12/31/2007 | BEGIN QTLY BAL | 871231 | | | | .00 | BEGINNING BALANCE | |
| 200 006 | 03/31/2008 | END QTLY BAL | | | | | .00 | ENDING BALANCE | |
| LEVI | | | RONALD | | | | | | |

18.93 RECIPIENTS TOTAL END BAL

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07cv7222

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Ronald Anthony Levi (appellant) | | State of Illinois (Appellee) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Ronald Anthony Levi | Name | N/A |
| Firm | PRO SE   B-58287 | Firm | |
| Address | Rushville - DHS<br>R.R. #1, Box 6A<br>Rushville, IL 62681 | Address | |
| Phone | N/A | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Aspen | Date Filed in District Court | 4/7/08 |
| Court Reporter | B. Wilson (ext 5885) | Date of Judgment | 4/8/08 |
| Nature of Suit Code | 555 | Date of Notice of Appeal | 5/21/08 |

COUNSEL:    Appointed ☐    Retained ☐    Pro Se ☒

FEE STATUS:    Paid ☐    Due ☒    IFP ☐

IFP Pending ☐    U.S. ☐    Waived ☐

Has Docketing Statement been filed with the District Court Clerk's Office?    Yes ☐    No ☒

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted ☐    Denied ☐    Pending ☐

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7222 | **DATE** | April 7, 2008 |
| **CASE TITLE** | Ronald Anthony Levi (B-58287) v. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [11] is denied. On 3/11/08, the Court ordered Plaintiff to submit a fully-completed *in forma pauperis* application. Plaintiff has failed to comply with this order. Accordingly, this action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(b). Any other pending motions are denied as moot.

■ [For further details see text below.]

Docketing to mail notices.

### STATEMENT

    Plaintiff Ronald A. Levi, currently a resident at the Department of Human Services in Rushville, seeks leave to file his complaint *in forma pauperis*. On January 30, 2008, the Court denied Plaintiff's motion for leave to file *in forma pauperis* without prejudice to reconsideration should he renew his motion in compliance with the order. The Court explained that N.D. Ill. Local Rule 3.3 required that persons lodging new lawsuits either must pay the statutory filing fee or file a petition for leave to proceed *in forma pauperis,* using the court's form and signing under penalty of perjury. This form requires inmates to obtain a certificate stating the amount of money they have on deposit in their trust fund account. The Court stressed that although Plaintiff is a sexually violent person detained at a DHS facility and not a prisoner, he has a trust fund account at the facility and should have the certificate completed by an official at the DHS facility and provide a certified copy of his trust fund account statement.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

**STATEMENT**

Plaintiff filed a letter on March 3, 2008, which the Court construed as a motion for extension of time and granted it. The day after granting the motion, the Court received Plaintiff's *in forma pauperis* application. Once again, Plaintiff did not obtain a certificate stating the amount of money he has on deposit in his trust fund account nor provide a certified copy of his trust fund account statement. Plaintiff checked off that he was not incarcerated but was a civil detainee SVP  As the Court explained in its January 30, 2008, order, Plaintiff has a trust fund account at his facility and must provide this information to the Court so it can determine if Plaintiff may be permitted to proceed *in forma pauperis.* The Court then gave Plaintiff another opportunity to file a new motion for leave to file *in forma pauperis* on the court's form and have an authorized official provide information regarding Plaintiff's trust fund account, including a copy of his trust fund account. The Court emphasized that failure to complete the required form fully or otherwise comply with this order were grounds for dismissal of the suit, *see Zaun v. Dobbin*, 628 F.2d 990 (7th Cir. 1980), and that such dismissal would be with prejudice.

On March 25, 2008, Plaintiff filed his third application for leave to file *in forma pauperis.* Once again, Plaintiff has not had an authorized official at Rushville DHS provide information regarding his trust fund account or provided a copy of his trust fund account. Plaintiff was warned that failure to comply with the Court's order would result in dismissal of this action with prejudice. Plaintiff has made no effort to follow the Court's directive and appears to contend that because he is a civil detainee he should not have to provide this information to the Court. The Court has explained twice that this information is needed in order for the Court to determine if Plaintiff qualifies for *in forma pauperis* status. Such refusal to comply with the Court's orders warrants dismissal of this action with prejudice.

The Court accordingly denies Plaintiff's motion for leave to proceed *in forma pauperis* and dismisses this action with prejudice.

APPEAL, NOLAN, PC, TERMED

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07−cv−07222
*Internal Use Only*

| | |
|---|---|
| Levi v. State Of Illinois et al<br>Assigned to: Honorable Marvin E. Aspen<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 04/07/2008<br>Date Terminated: 04/07/2008<br>Jury Demand: None<br>Nature of Suit: 555 Civil Rights (Prison Condition)<br>Jurisdiction: Federal Question |

**Plaintiff**

**Ronald Anthony Levi**   represented by   **Ronald Anthony Levi**
B−58287
Rushville − DHS
R.R. #1, Box 6A
Rushville, IL 62681
PRO SE

V.

**Defendant**

**State Of Illinois**

**Defendant**

**Lisa Madigan**
*Attorney General*

**Defendant**

**IDOC Director**

**Defendant**

**Carol Adams**
*DHS Director*

**Defendant**

**Larry Phillips**

**Defendant**

**Shawn Jumper**

**Service List**   represented by   **Illinois Department of Human Services**
Illinois Department of Human Services
General Counsel
100 West Randolph
6th Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence − Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 12/26/2007 | 1 | RECEIVED Complaint and 0 copies by Ronald Anthony Levi. (Poor Quality Original − Paper Document on FIle). (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 2 | CIVIL Cover Sheet. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 3 | MOTION by Plaintiff Ronald Anthony Levi for leave to proceed in forma pauperis, and affidavit. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 4 | MOTION by Plaintiff Ronald Anthony Levi for appointment of counsel. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 5 | POST MARKED envelope for initiating document by Ronald Anthony Levi (Document not scanned) (aew, ) (Entered: 12/28/2007) |
| 01/30/2008 | 6 | MINUTE entry before Judge Marvin E. Aspen : The court denies plaintif's motion for leave to file in forma pauperis 3 without prejudice to reconsideration should he renew his motion in compliance with this order. Plaintiff is given 30 days from the date of this order either to file an in forma pauperis application on the enclosed form with the information required by 1915(a)(2) or to pay the full $350 filing fee. If plaintiff takes no action by that date, the court will dismiss this action without prejudice. The clerk is directed to send plaintiff an in forma pauperis apllication along with a copy of this order. Plaintiff 's motion to appointment of counsel 4 is denied. Mailed notices (gcy, ) (Entered: 01/31/2008) |
| 01/31/2008 | | MAILED copy of order dated 1/30/08 with in forma pauperis application to Ronald Anthony Levi. (gcy, ) (Entered: 01/31/2008) |
| 03/03/2008 | 7 | LETTER from Ronald Levi. (mjc, ) (Entered: 03/05/2008) |
| 03/07/2008 | 9 | MOTION by plaintiff Ronald Anthony Levi for appointment of counsel. (mjc, ) (Entered: 03/12/2008) |
| 03/07/2008 | 10 | MOTION by plaintiff Ronald Anthony Levi for leave to proceed in forma pauperis. (mjc, ) (Entered: 03/12/2008) |
| 03/11/2008 | 8 | MINUTE entry before Judge Marvin E. Aspen : The Court construes Plaintiff's letter, received 3/3/08 7 , as a motion for extension of time to file his motion forleave to file in forma pauperis. The Court grants the motion and gives Plaintiff until 4/9/08 to file his in forma pauperis application. The Clerk is directed to send Plaintiff an in forma pauperis application. Failure to comply with this order by 4/9/08 will result in summary dismissal of this case.Mailed notice (mjc, ) (Entered: 03/12/2008) |
| 03/12/2008 | | MAILED an informa pauperis application to plaintiff Ronald Anthony Levi. (mjc, ) (Entered: 03/12/2008) |
| 03/25/2008 | 11 | MOTION by plaintiff Ronald Anthony Levi for leave to proceed in forma pauperis. (mjc, ) (Entered: 03/27/2008) |
| 04/07/2008 | 12 | MINUTE entry before Judge Honorable Marvin E. Aspen: Plaintiff's motion for leave to proceed in forma pauperis 11 is denied. On 3/11/08, the Court ordered Plaintiff to submit a fully−completed in forma pauperis application. Plaintiff has failed to comply with this order. Accordingly, this action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(b). Any other pending motions are denied as moot. Civil case terminated. Mailed notice (mjc, ) (Entered: 04/08/2008) |
| 04/07/2008 | 13 | ENTERED JUDGMENT. (mjc, ) (Entered: 04/08/2008) |
| 04/15/2008 | 14 | LETTER from Ronald Levi. (mjc, ) (Entered: 04/17/2008) |
| 04/17/2008 | 15 | LETTER from Ronald Levi. (mjc, ) (Entered: 04/22/2008) |
| 05/21/2008 | 16 | NOTICE of appeal by Ronald Anthony Levi regarding orders 12 fee due. (air, ) (Entered: 05/23/2008) |