**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

FILED
MAY 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 23, 2008

**TC**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2296
>
> Caption:
> RONALD LEVI,
> Plaintiff - Appellant
>
> v.
>
> STATE OF ILLINOIS, et al.,
>  Defendants - Appellees
>
>
> District Court No: 1:07-CV-07222
> Clerk/Agency Rep Michael Dobbins
> District Judge Marvin Aspen
> Court Reporter Brooke Wilson
>
> Date NOA filed in District Court: 05/21/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)