# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

ORDER

**FILED**

June 03, 2008

JUN 0 4 2008  TC

JUN 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2296 | RONALD LEVI, Plaintiff - Appellant v. STATE OF ILLINOIS, et al., Defendants - Appellees |
|---|---|

**Originating Case Information:**
District Court No: 1:07-CV-07222
Northern District of Illinois, Eastern Division
District Judge Marvin Aspen

Upon consideration of the **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on June 2, 2008, by the pro se appellant:

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the informa pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

**Ronald Levi**

v.  Case No. **O-8-2296**

**State of Illinois**

) Appeal from the United States District Court for the
) **Northern** District of **Illinois**
)
) District Court No. **7 Circuit**
)
) District Court Judge **Marvin Aspen**
)

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: **Ronald Levi**

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: **May 25, 2008**

My issues on appeal are:

U.S.C.A. – 7th Circuit
FILED
JUN 0 2 2008   DDS
GINO J. AGNELLO
CLERK

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 0 | $ | $ 0 | $ |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Crusader | 9037 Cottage Grove | 2003 | 40.00 Day |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| | | Make & year: _____ |
| _____ | _____ | Model: _____ |
| _____ | _____ | Registration # _____ |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: _____ | _____ | _____ |
| Model: _____ | | |
| Registration # _____ | | |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | | |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|   | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? [ ] Yes [ ]No <br> Is property insurance included? [ ] Yes [ ]No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle expenses | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) <br> Homeowner's or renter's | $ 0 | $ |

3

| | | |
|---|---|---|
| Life | $ *0* | $ _____ |
| Health | $ *0* | $ _____ |
| Motor vehicle | $ *0* | $ _____ |
| Other: _____ | $ *0* | $ _____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ *0* | $ _____ |
| Installment payments | $ *0* | $ _____ |
| Motor Vehicle | $ *0* | $ _____ |
| Credit card (name): _____ | $ *0* | $ _____ |
| Department store (name): _____ | $ *0* | $ _____ |
| Other: _____ | $ *0* | $ _____ |
| Alimony, maintenance, and support paid to others | $ *0* | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ *0* | $ _____ |
| Other (specify): _____ | $ *0* | $ _____ |
| Total monthly expenses: | $ *0* | $ _____ |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [✓] No   If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No   If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [✓] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Trust Fund ledger

13. State the address of your legal residence.

Ronald Levi

RRI Box 6A

Rushville, IL 62681

Your daytime phone number: (___) _____

Your age: **54**  Your years of schooling: **12**

Your social-security number: **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**

REPORT ID: QAIF421A  
DATE PRODUCED: 04/02/2008  

TRUST FUNDS QUARTERLY ACTIVITY STATEMENT  
AS OF 03/31/2008  

PAGE: 1211  

* INDICATES MONEY ON HOLD  
DOCUMENTS LISTED IN ORDER OF ENTRY  

DEPT: 462  FAC: 41 TREATMENT & DETENTION FA.   FUND: 1143  

| ACCT NO/ CHECK | DOC DATE | TRAN CODE | DOC NUMBER | DR AMOUNT | CR AMOUNT | DR BALANCE | CR BALANCE | DESCRIPTION | SOURCE/ PURPOSE |
|---|---|---|---|---|---|---|---|---|---|
| LEVI | | | RONALD | | | | | 871231 | |
| 200 001 | 12/31/2007 | BEGIN QTLY BAL | | | | | 52.82 | BEGINNING BALANCE | |
| 002002 | 01/04/2008 | DB | 002002 | 9.86 | | | | SWANSONS | MI |
| 002009 | 01/17/2008 | DB | 002009 | 11.91 | | | | SWANSONS | MI |
| 002080 | 01/28/2008 | DB | 002080 | 18.89 | | | | SWANSONS | MI |
| 002080 | 02/01/2008 | RE | 046767 | | 5.50 | | | CLERK OF COURT | MI |
| 002082 | 02/07/2008 | DB | 002082 | 19.84 | | | | SWANSONS | MI |
| 002125 | 02/20/2008 | DB | 002125 | 10.01 | | | | SWANSONS | MI |
| 002126 | 02/21/2008 | DB | 002126 | 5.92 | | | | SWANSONS | MI |
| 002141 | 03/05/2008 | DB | 002141 | | | | | HSN | MI |
| 002144 | 03/11/2008 | DB | 002144 | 7.14 | | | | SWANSONS | MI |
| 002174 | 03/20/2008 | DB | 002174 | 48.47 | | | | HSN | MI |
| 002504 | 03/28/2008 | DB | 002504 | 5.00 | | | | SWANSONS | MI |
| 200 001 | 03/31/2008 | END QTLY BAL | | | | | 12.27 | ENDING BALANCE | |
| LEVI | | | RONALD | | | | | 871231 | |
| 200 005 | 12/31/2007 | BEGIN QTLY BAL | | | | | 6.54 | BEGINNING BALANCE | |
| | 01/07/2008 | TF | I10703 | | .02 | | | INTEREST DISTRIBUTIO | IT |
| | 03/05/2008 | TF | I30504 | | .05 | | | INTEREST DISTRIBUTIO | IT |
| | 03/26/2008 | TF | I32604 | | .05 | | | INTEREST DISTRIBUTIO | IT |
| 200 005 | 03/31/2008 | END QTLY BAL | | | 6.66 | | 6.66 | ENDING BALANCE | |
| LEVI | | | RONALD | | | | | 871231 | |
| 200 006 | 12/31/2007 | BEGIN QTLY BAL | | | | | .00 | BEGINNING BALANCE | |
| 200 006 | 03/31/2008 | END QTLY BAL | | | | | .00 | ENDING BALANCE | |
| LEVI | | | RONALD | | | | | 871231 | 18.93 RECIPIENTS TOTAL END BAL |

*I know have 0.*

SOURCE/PURPOSE LEGEND:  
CL-CLOTHING  CM-COMMISSIONARY  CA-CIVIL SERVICE ANNUITY  IT-INTEREST  MI-MISCELLANEOUS  PN-PERSONAL NEEDS  RB-REIMBURSEMENTS  RR-RAILROAD  
SS-SOCIAL SECURITY  SI-SUPPLEMENTAL SS  TG-TAX GRANT  VA-VETERANS  WC-WORKSHOP  
TRAN CODES: TF-TRANSFER  DR-?EBIT  CR-CREDIT  RE-RECEIPT  DB-DISBURSEMENTS  DM-DEBIT