

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

June 11, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Ronald Anthony Levi vs.  State of Illinois et al.,

U.S.D.C. DOCKET NO. : 07cv7222

U.S.C.A. DOCKET NO. : 08-2296

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)                    **One Vol. Of Pleadings**

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
     A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

      One Vol. Of Pleadings

In the cause entitled: Ronald Anthony Levi   vs.  State of Illinois.

USDC NO.    : 07cv7222

USCA NO.    : 08-2296

                      IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 11th day of June, 2008.

                      MICHAEL W. DOBBINS, CLERK

              By: _____
                  A. Rone, Deputy Clerk

APPEAL, NOLAN, PC, TERMED

# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:07–cv–07222
### *Internal Use Only*

Levi v. State Of Illinois et al
Assigned to: Honorable Marvin E. Aspen
Case in other court: 08–02296
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/07/2008
Date Terminated: 04/07/2008
Jury Demand: None
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

### **Plaintiff**

**Ronald Anthony Levi**

represented by **Ronald Anthony Levi**
B–58287
Rushville – DHS
R.R. #1, Box 6A
Rushville, IL 62681
PRO SE

V.

### **Defendant**

**State Of Illinois**

### **Defendant**

**Lisa Madigan**
*Attorney General*

### **Defendant**

**IDOC Director**

### **Defendant**

**Carol Adams**
*DHS Director*

### **Defendant**

**Larry Phillips**

### **Defendant**

**Shawn Jumper**

**Service List**

represented by **Illinois Department of Human Services**
Illinois Department of Human Services
General Counsel

100 West Randolph
6th Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence – Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/26/2007 | 1 | | RECEIVED Complaint and 0 copies by Ronald Anthony Levi. (Poor Quality Original – Paper Document on FIle). (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 2 | 4 | CIVIL Cover Sheet. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 3 | 5 | MOTION by Plaintiff Ronald Anthony Levi for leave to proceed in forma pauperis, and affidavit. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 4 | 8 | MOTION by Plaintiff Ronald Anthony Levi for appointment of counsel. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 5 | | POST MARKED envelope for initiating document by Ronald Anthony Levi (Document not scanned) (aew, ) (Entered: 12/28/2007) |
| 01/30/2008 | 6 | 10 | MINUTE entry before Judge Marvin E. Aspen : The court denies plaintiff's motion for leave to file in forma pauperis 3 without prejudice to reconsideration should he renew his motion in compliance with this order. Plaintiff is given 30 days from the date of this order either to file an in forma pauperis application on the enclosed form with the information required by 1915(a)(2) or to pay the full $350 filing fee. If plaintiff takes no action by that date, the court will dismiss this action without prejudice. The clerk is directed to send plaintiff an in forma pauperis apllication along with a copy of this order. Plaintiff 's motion to appointment of counsel 4 is denied. Mailed notices (gcy, ) (Entered: 01/31/2008) |
| 01/31/2008 | | | MAILED copy of order dated 1/30/08 with in forma pauperis application to Ronald Anthony Levi. (gcy, ) (Entered: 01/31/2008) |
| 03/03/2008 | 7 | 11 | LETTER from Ronald Levi. (mjc, ) (Entered: 03/05/2008) |
| 03/07/2008 | 9 | 13 | MOTION by plaintiff Ronald Anthony Levi for appointment of counsel. (mjc, ) (Entered: 03/12/2008) |
| 03/07/2008 | 10 | 15 | MOTION by plaintiff Ronald Anthony Levi for leave to proceed in forma pauperis. (mjc, ) (Entered: 03/12/2008) |

| 03/11/2008 | 8 | 12 | MINUTE entry before Judge Marvin E. Aspen : The Court construes Plaintiff's letter, received 3/3/08 7 , as a motion for extension of time to file his motion for leave to file in forma pauperis. The Court grants the motion and gives Plaintiff until 4/9/08 to file his in forma pauperis application. The Clerk is directed to send Plaintiff an in forma pauperis application. Failure to comply with this order by 4/9/08 will result in summary dismissal of this case.Mailed notice (mjc, ) (Entered: 03/12/2008) |
| 03/12/2008 | | | MAILED an informa pauperis application to plaintiff Ronald Anthony Levi. (mjc, ) (Entered: 03/12/2008) |
| 03/25/2008 | 11 | 18 | MOTION by plaintiff Ronald Anthony Levi for leave to proceed in forma pauperis. (mjc, ) (Entered: 03/27/2008) |
| 04/07/2008 | 12 | 21 | MINUTE entry before Judge Honorable Marvin E. Aspen: Plaintiff's motion for leave to proceed in forma pauperis 11 is denied. On 3/11/08, the Court ordered Plaintiff to submit a fully–completed in forma pauperis application. Plaintiff has failed to comply with this order. Accordingly, this action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(b). Any other pending motions are denied as moot. Civil case terminated. Mailed notice (mjc, ) (Entered: 04/08/2008) |
| 04/07/2008 | 13 | 23 | ENTERED JUDGMENT. (mjc, ) (Entered: 04/08/2008) |
| 04/15/2008 | 14 | 24 | LETTER from Ronald Levi. (mjc, ) (Entered: 04/17/2008) |
| 04/17/2008 | 15 | 25 | LETTER from Ronald Levi. (mjc, ) (Entered: 04/22/2008) |
| 05/21/2008 | 16 | | NOTICE of appeal by Ronald Anthony Levi regarding orders 12 fee due. (air, ) (Entered: 05/23/2008) |
| 05/23/2008 | 17 | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 16 . Notified counsel (air, ) (Entered: 05/23/2008) |
| 05/23/2008 | 18 | | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 05/23/2008) |
| 05/23/2008 | 19 | | CIRCUIT Rule 3(b) Notice. (mjc, ) (Entered: 05/23/2008) |
| 05/23/2008 | 20 | | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 16 ; USCA Case No. 08–2296. (mjc, ) (Entered: 05/23/2008) |
| 06/04/2008 | 21 | | ORDER dated 6/3/08 from the 7th Circuit regarding notice of appeal 16 ; Appellate case no. : 08–2296; It is ordered that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the informa pauperis motion, he/she must refile the motion in this court pursuant to Fed.R.App.P.24. (mjc, ) (Entered: 06/09/2008) |

All Circled items are included in record on appeal
All S/C items are sent under separate cover
All N/A items are not available
All / items are not sent with record on appeal