CERTIFIED COPY

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

July 31, 2008

Before

**Daniel A. Manion,** *Circuit Judge*
**Michael S. Kanne,** *Circuit Judge*
**Diane P. Wood,** *Circuit Judge*

FILED
8-22-2008
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| RONALD LEVI,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 08-2296           v. | ] Illinois, Eastern Division.<br>] |
| STATE OF ILLINOIS, LISA MADIGAN,<br>ROGER E. WALKER, JR., et al.,<br>    Defendants-Appellees. | ] No. 07 C 7222<br>]<br>] Marvin E. Aspen, Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on April 8, 2008, and the notice of appeal was filed on May 21, 2008, 13 days late. The district court has not granted an extension of the appeal period, see Rule 4(a)(5), and this court is not empowered to do so, see Fed. R. App. P. 26(b).

The court notes, however, that plaintiff-appellant Ronald Levi filed a letter with the district court on April 17, 2008. See district court docket entry no. 15. That letter contains all

- over -

No. 08-2296                                                                                  Page 2

the information that Fed. R. App. P. 3(c) requires of a notice of appeal. We therefore treat that paper (docket no. 15) as a notice of appeal. Accordingly,

IT IS FURTHER ORDERED that the Clerk of the District Court docket plaintiff-appellant's letter filed on April 17, 2008, (docket no. 15) as a notice of appeal and forward that document, along with the other papers comprising the short record, to this court pursuant to Circuit Rule 3(a).

- over -